# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **MEHDI NIKPARVAR-FARD,** also known as **MEHDI ARMANI** | **NO. 17-513** |

## O R D E R

**AND NOW**, this 6th day of December, 2017, upon consideration of Defendant's Motion to Suppress Statements (Document No. 72, filed November 22, 2017), Defendant's Omnibus Response to Pending Legal Issues (Document No. 78, filed November 28, 2017), and Government's Response to Defendant's Motion to Suppress Statements (Document No. 84, filed November 29, 2017), following a Hearing on November 30, 2017, for the reasons set forth in the accompanying Memorandum dated December 6, 2017, **IT IS ORDERED** that Defendant's Motion to Suppress Statements is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.