IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **MEHDI NIKPARVAR-FARD,** <br> also known as **MEHDI ARMANI** | **NO. 17-513** |

## O R D E R

**AND NOW**, this 28th day of December, 2017, upon consideration of Defendant's Motion to Dismiss Count One (Document No. 85, filed November 29, 2017), Government's Response to Defendant's Motion to Dismiss Count One (Document No. 95, filed December 6, 2017), Defendant's Memorandum of Law in Support of Motion to Dismiss Count I (Document No. 107, filed December 18, 2017), and Government's Supplemental Response to Defendant's Motion to Dismiss Count (Document No. 112, filed December 19, 2017), following a Final Pretrial Conference and oral argument on December 27, 2017, for the reasons set forth in the accompanying Memorandum dated December 28, 2017, **IT IS ORDERED** that Defendant's Motion to Dismiss Count One of the Indictment is **DENIED.**

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.