IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 17-513 |
| | : | |
| v. | : | |
| | : | |
| MEHDI NIKPARVAR-FARD, | : | |
| a/k/a MEHDI ARMANI | : | CIVIL ACTION NO. 23-1550 |

**ORDER**

**AND NOW**, this 18th day of April, 2024, upon consideration of Defendant Mehdi Nikparvar-Fard's *pro se* Amended Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 179) and all documents filed in connection therewith, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.  As Mr. Nikparvar-Fard has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability.  The Clerk is directed to **CLOSE** Civil Action No. 23-1550.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.